No. 405. FRED LUDWIG, ALFRED A. GOTSHALL, AND
LELAND L. MORRIS, PARTNERS, v. W. S. RAYDURE, A PART-
NERSHIP, ET AL. October 31, 1927. Petition for a writ

83583°—28——35

of certiorari to the Court of Appeals of Lucas County, State of Ohio, denied. *Messrs. Albert H. Miller* and *Charles H. Brady* for petitioners. *Mr. Frank A. Baldwin* for respondents.